

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

March 17, 2008

Southern District of California at San Diego
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   Transfer of our Civil Case No. __CV08-918-CJC (JWJ)__

   Case Title: __Adrian Ramirez -v- Warden__

Dear Sir/Madam:

'08 CV 0508 JM RBB

   An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _____
     Deputy Clerk

cc:  ~~All counsel of record~~

=====================================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
     Deputy Clerk

CV-22 (01/01)           TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ADRIAN RAMIREZ,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>    Respondent. | Case No. CV 08-918-CJC (JWJ)<br><br>**MEMORANDUM AND ORDER TRANSFERRING ACTION** |

## I. BACKGROUND

On February 11, 2008, petitioner Adrian Ramirez, proceeding pro se, filed in this Court a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody." Petitioner is currently incarcerated at the Federal Correctional Institution at Victorville, California. Petitioner is challenging proceedings by the Imperial County Superior Court, which is located in the Southern District of California.

## II. DISCUSSION

Federal courts are always under an independent obligation to examine their own jurisdiction. Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir.

1999) (citations omitted). A petition for writ of habeas corpus relief is properly filed in the district court in which the prisoner resides or the sentencing court is located. 28 U.S.C. § 2241(d). A district court may transfer a petition to the district court having jurisdiction to entertain the petition. 28 U.S.C. § 2241(b). It is appropriate that the question of whether petitioner is eligible for any federal court relief be addressed in the Southern District of California. Accordingly, this action is transferred to the United States District Court for the Southern District of California. The Clerk shall serve a copy of this Order upon petitioner.

DATED: March 7, 2008

CORMAC J. CARNEY
United States District Judge

Presented by:

DATED: March 4, 2008

JEFFREY W. JOHNSON
United States Magistrate Judge

194, CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00918-CJC-JWJ

Adrian Ramirez v. Warden  
Assigned to: Judge Cormac J. Carney  
Referred to: Magistrate Judge Jeffrey W. Johnson  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 02/11/2008  
Date Terminated: 03/17/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

Adrian Ramirez  represented by  Adrian Ramirez  
REG# 91329-198  
VICTORVILLE  
U.S. PENITENTIARY  
Inmate Mail/Parcels  
P.O. BOX 5500  
ADELANTO, CA 92301  
PRO SE

V.

**Respondent**

Warden  represented by  Assistant 2241-2255 US Attorney LA-CR  
AUSA - Office of US Attorney  
Criminal Div - US Courthouse  
312 North Spring Street  
Los Angeles, CA 90012-4700  
213-894-2434  
Email: USACAC.Criminal@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 3/17/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.  
CLERK U.S. DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Cormac J. Carney and referred to Magistrate Judge Jeffrey W. Johnson. (Filing fee $ 5 DUE.), filed by Petitioner Adrian Ramirez. (et) (Entered: 02/14/2008) |
| 02/11/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Cormac J. Carney and referred to Magistrate Judge Jeffrey W. Johnson to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 02/14/2008) |
| 03/17/2008 | 3 | ORDER by Judge Cormac J. Carney transferring case to United States District Court for the Southern District of California. Original file, certified copy of the transfer order and |

| | | |
|---|---|---|
| | | docket sheet sent. (MD JS-6. Case Terminated.) (yca) (Entered: 03/17/2008) |
| 03/17/2008 | | TRANSMITTAL of documents, all original documents, docket sheet and letter of transfer. (yca) (Entered: 03/17/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/17/2008 13:38:10 | | |
| PACER Login: | us3877 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:08-cv-00918-CJC-JWJ |
| Billable Pages: | 1 | Cost: | 0.08 |

Name: *Adrian Ramirez*
Prison Number: 91329-198
Address or Place of Confinement: USP Victorville, Box 5500, Adelanto Calif 92301

FILED
2008 FEB 11 AM 9:30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY _____

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## DISTRICT OF

(530)

*Adrian Ramirez*
Full Name (First, Middle, Last)

Petitioner,

vs.

_____
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. CV08-918-CJC-(SWJ)
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY
ATTACKING A "STATE DETAINER"
SPEEDY TRIAL

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. ~~a conviction~~
2. ~~a sentence~~
3. ~~jail or prison conditions~~
4. ~~prison discipline~~
5. ~~a parole problem~~
6. X other  STATE DETAINER SPEEDY TRIAL   SEE: ATTACHED DETAINER

CAUTION: ~~If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.~~

LODGED
CLERK, U.S. DISTRICT COURT
FEB 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 1 of 5

# PETITION

(1) Place of detention: __USP Victorville__

(2) Name and location of court which imposed sentence: __N/A__

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: __N/A__

(4) The date the sentence was imposed and the terms of the sentence: __N/A__

(5) ~~What was your plea (check one):     Not guilty ( )     Guilty ( )     Nolo contendere ( )~~

(6) ~~Kind of trial (check one):     Jury ( )     Judge only ( )~~

(7) ~~Did you appeal from the judgment of conviction or the imposition of sentence:   Yes ( )     No ( )~~

(8) ~~If you did appeal, answer the following for *each* appeal:~~

~~FIRST APPEAL:~~
~~Name of court:___~~
~~Grounds raised (list each):~~
  ~~1)___~~
  ~~2)___~~

~~Result/Date of result:___~~

~~SECOND APPEAL:~~
~~Name of court:___~~
~~Grounds raised (list each):~~
  ~~1)___~~
  ~~2)___~~

~~Result/Date of result:___~~

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

   CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

---

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 2 of 5

→ GROUND ONE _I AM DENIED A SPEEDY TRIAL BY THE SUPERIOR COURT IMPERIAL COUNTY (CALIF)_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

_A DETAINER WAS ISSUED BY SUPERIOR COURT IMPERIAL COUNTY CALIFORNIA WARRANT # ICF14593 REQUEST "SPEEDY TRIAL" FILED 10/15/07 — NO RESPONSE_

→ GROUND TWO _THE DETAINER IS DENYING PETITIONER SPEEDIER RELEASE - EXECUTION OF SENTENCE_

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

_COMMUNITY PLACEMENT 6 MONTHS OR MORE IS DENIED BY THIS LODGED DETAINER_

_NO NEEDED BY STATUTE_

<u>ADMINISTRATIVE APPEALS</u>

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )    No ( )    If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

<u>FIRST ADMINISTRATIVE APPEAL</u>       Level of appeal:_____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result:_____

<u>SECOND ADMINISTRATIVE APPEAL</u>      Level of appeal:_____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result _____

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 3 of 5

THIRD ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(11)  Is the grievance process completed?    Yes ( )    No ( )

## PREVIOUS PETITIONS

(12)  Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

    Yes ( )    No (X)

(13)  If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

SECOND PREVIOUS PETITION
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(14)  If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.

_____
_____
_____
_____
_____

(15) Are you presently represented by counsel?

Yes ( )        No (X)

If so, provide your attorney's name, address, and telephone number:

_____

_____

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (X)        No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

*I Am a Poor Person.*

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

1/30/08
(Date)

_____
(Signature of Petitioner)

PRO-SE
(Signature of Attorney, if any)

ADRIAN RAMIREZ

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 5 of 5

BP-S394.058 **DETAINER ACTION LETTER**   CDFRM
SEP 03
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| To | Imperial County Sheriff's Department<br>Records Division<br>328 W. Applestill Road<br>El Centro, CA 92243 | Institution<br>Metropolitan Correctional Center<br>808 Union Street<br>San Diego, CA 92101 |
|---|---|---|
| | | Date 05-09-2005 |

| Case/Dkt#<br>Warrant #JCF14593 | Inmate's Name<br>RAMIREZ, ADRIAN | Fed Reg No.<br>91329-198 | DOB/SEX/RACE<br>10-30-1983  M  W |
|---|---|---|---|
| Aliases: Ramirez, Adrian Munoz | | Other No. | |

The below checked paragraph relates to the above named inmate:

☐ This office is in receipt of the following report:_____
_____. Will you please investigate this report and advise what disposition
has been made of the case. If subject is wanted by your department and you wish a detainer
placed, it will be necessary for you to forward a certified copy of your warrant to us along
with a cover letter stating your desire to have it lodged as a detainer. If you have no further
interest in the subject, please forward a letter indicating so.

☒ **A detainer has been filed against this subject in your favor charging VC 2800.2(A), 529
PC, 20001(A)VC . Release is tentatively scheduled for unknown at this time , however,
we will notify you no later than 60 days prior to actual release. To check on an
inmate's location, you may call our National Locator Center at: 202-307-3126 or check
our BOP Inmate Locator Website at  www.bop.gov.**

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in
compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____.
Notify this office immediately if you do not concur with this action.

☐ Your letter dated _____ requests notification prior to the release of the above
named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed
to this institution on _____ to serve _____ for the offense of
_____. If you wish your _____ filed as a detainer,
please return it to us with a cover letter stating your desire to have it placed as a hold or
indicate you have no further interest in the subject.

☐ Other: **PLEASE SEND A CERTIFIED COPY OF WARRANT.**

                                                Sincerely,
                                                Kelly Shea, Legal Instruments Examiner

                                        FOR//   Craig Pickles
                                                Inmate Systems Manager

                                                Inmate: Copy - Central File (Section



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Monday, February 11, 2008

ADRIAN RAMIREZ
91329-198
P.O. BOX 5500
ADELANTO, CALIFORNIA 92301


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 918 CJC (JWJ)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____
[X] Magistrate Judge    **Jeffrey W. Johnson**_____

at the following address:

[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA 90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA 92701-4516
    (714) 338-4750

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____JSZABO_____
         Deputy Clerk

---

CV-17 (01/01)         LETTER re FILING H/C PETITION or 28/2255 MOTION

FILED
2008 FEB 11 AM 9:31
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ADRIAN RAMIREZ** <br><br> PLAINTIFF(S) <br><br> V. <br><br> **WARDEN** <br><br> DEFENDANT(S) | CASE NUMBER <br><br> **CV08- 918 CJC (JWJ)** <br><br> **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE** <br> (Petition for Writ of Habeas Corpus) | |

    Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable Cormac J. Carney, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Jeffrey W. Johnson, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

February 11, 2008     By    JSZABO
Date                                    Deputy Clerk

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Adrian Ramirez

**DEFENDANTS**

Warden

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Bernardino
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Adrian Ramirez
PO Box 5500
Adelanto, CA 92301
91329-198

**ATTORNEYS (IF KNOWN)**

'08 CV 0508 JM RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 USC 2241

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☒ 5 Transferred from another district (specify) CENTRAL CA   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   3/18/2008   SIGNATURE OF ATTORNEY OF RECORD

R. Mull[signature]