Plaintiff's Name: Adrian Ramirez
No: 91329-198
Address: USP Victorville
Adelanto Calif 92301

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
2008 FEB 11 AM 9:30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT

Ramirez
            Plaintiff,
vs.
Joe Norwood, Warden
            Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER:
CV08-918-CSC-(SWS)

'08 CV 0508 JM RBB

I, Adrian Ramirez, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ___ Yes   X No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. ___USP Victorville___

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?  X Yes  ~~No~~

   a.   If the answer is "yes" state the amount of your pay. $17.85 a month

   b.   If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a.   Business, profession, or other self-employment:  ___ Yes   X No

   b.   Rent payments, interest or dividends:  ___ Yes   X No

   c.   Pensions, annuities or life insurance payments:  ___ Yes   X No

   d.   Disability or workers compensation payments:  ___ Yes   X No

1

    e..    Gifts or inheritances:    ___ Yes    _X_ No

    f.    Any other sources:    ___ Yes    _X_ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes _X_ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes    _X_ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?    ___ Yes    _X_ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

    I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_1/30/08_  
DATE

_[signature]_  
SIGNATURE OF APPLICANT

ADRIAN RAMIREZ

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _13.72_ on account to his/her credit at _USP VICTORVILLE_ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ _15.76_. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _447.66_.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

_1-30-08_  
DATE

_[signature]_  
SIGNATURE OF AUTHORIZED OFFICER

(Revised 6/01/04)

2

AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT

_Central_ District of _Calif_

_Ramirez_
Plaintiff

V.

_Joe Norwood_
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER:

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

　☐ The clerk is directed to file the complaint.

　☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this _____ day of _____, _____.

_____
Signature of Judge

_____
Name and Title of Judge