# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RAMIREZ,<br><br>                              Petitioner,<br><br>    vs.<br><br>UNKNOWN,<br><br>                              Respondent. | Civil No.   08-0508 JM (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee in federal custody, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects a $13.72 trust account balance at the facility in which he is presently confined. It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later than May 27, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. **The Clerk of Court is directed to mail petitioner a blank motion to proceed in forma pauperis.**

IT IS SO ORDERED.

DATED: March 26, 2008

                                                         Hon. Jeffrey T. Miller<br>
                                                         United States District Judge