# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RAMIREZ,<br><br>                Petitioner,<br><br>vs.<br><br>JOE NORWOOD, Warden,<br><br>                Respondent. | Civil No.   08-0508 JM (RBB)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On March 18, 2008, Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 along with a request to proceed in forma pauperis. [Doc. No. 1.] On March 26, 2008, this Court dismissed Petitioner's case and denied his request to proceed in forma pauperis because it appeared Petitioner could pay the $5 filing fee as his prison trust account statement reflected a $13.72 balance. [Doc. No. 3.] To have his case reopened, Petitioner was required to file a copy of the dismissal Order along with proof of his inability to pay the filing fee no later than May 27, 2008.

On April 7, 2008, Petitioner filed a second request to proceed in forma pauperis which reflects a zero dollar trust account balance at the facility in which he is presently confined. It appears Petitioner cannot afford the $5.00 filing fee.

//
//
//
//

1  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and
2  allows Petitioner to prosecute the above-referenced action as a poor person without being
3  required to prepay fees or costs and without being required to post security. *The Clerk of the*
4  *Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee*.

6  **IT IS SO ORDERED.**
7  DATED:  April 10, 2008

  Hon. Jeffrey T. Miller
  United States District Judge